**Order entered June 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00610-CV

**DONALD L. WISE, Appellant**

**V.**

**VONDA LEA MITCHELL, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-14-03556-2**

## ORDER

We **GRANT** the motion of Joie Rivera, Official Court Reporter for the 255th Judicial District Court, for an extension of time to file the reporter's record. The reporter's record shall be filed within **THIRTY DAYS** of the date of this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE